UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

FIREMAN'S FUND
INSURANCE COMPANY,

CIVIL NO. 01-1954 (DSD)

Plaintiff,

v.

ORDER OF RECUSAL

CANNON U.S.A., INC.,

Defendant.

Pursuant to the provisions of 28 U.S.C. § 455(a), the undersigned hereby recuses himself in this matter. By separate notice, the parties will be advised by the Clerk of Court as to the new Magistrate Judge on this matter.

Dated: October 30, 2001

JOHN M. MASON
United States Magistrate Judge

OCT 30 2001
Filed
Richard Sletten, Clerk
Judgment Entered
Deputy Clerk's Initials

(2)

Date: October 31, 2001 jr

---

R E C O R D O F D O C K E T T E X T

---

0:01-cv-01954 Fireman's Fund Ins v. Cannon U.S.A., Inc.

DOCKET ENTRY

ORDER OF RECUSAL (Magistrate Judge John M. Mason) Case referred to Magistrate Judge Jonathan G. Lebedoff (4:01 AD 395). Case number remains the same except for Magistrate's initials (01-1954 DSD//FLN). Case number with new initials to be used on all papers and pleadings submitted to the Court in this civil action (01-1954 DSD/FLN). 1pg(s) (cc: all counsel)

Hon. David S Doty, Judge

THIS NOTICE SENT TO ALL COUNSEL

# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

OFFICE OF THE CLERK
300 S. FOURTH ST., SUITE 202
MINNEAPOLIS, MN 55415

# Clerk's Notice In Re: Protective Order

---

A Protective/Confidentiality Order has been entered in this action. You must comply with the guidelines set forth below when filing **confidential original** documents with the Clerk of U.S. District Court. Failure to do so will cause the documents to be returned.

## *Guidelines for filing with the Clerk:*

A. Documents are to be **sealed** (closed, fastened, taped, or otherwise secured) in an envelope of comparable size no larger than 9 by 12 *(LR5.1 All pleadings, motions, and other papers presented for filing shall be on 8 1/2 x 11 inch white paper...flat and unfolded. this rule does not apply to (1) exhibits submitted for filing; and, (2) documents filed in removed actions prior to removal from the state courts.)*

B. Each envelope must list the following information, and each document is to be in a separate envelope.

- Action/case number
- Brief action/case title
- Party, name, and complete title of document (i.e. Deft. Johnson's Motion for Dismissal) must be noted on each envelope. Motions, affidavits and memorandums are considered three separate documents.
- The word "**SEALED**" or "**CONFIDENTIAL**"

## ***Guidelines for filing with a U.S. District Judge or Magistrate Judge:***

In addition to the above procedures, copies for delivery to the U.S. District Judge or U.S. Magistrate Judge are to be marked accordingly and bound together as a set.