253518

# UNITED STATES DISTRICT COURT

## District of Minnesota

**Clerk's Office, 700 Federal Building,**
**316 North Robert Street, St. Paul, MN 55101**
**Phone: 651-848-1100**

## MOTION FOR ADMISSION PRO HAC VICE

**Case Number:** 01 cv 1954 **Case Title:** Fireman's Fund Insv Canon U.S.A

**Affidavit of Movant**

I, Brian N. Johnson, an active member in good standing of the bar of the U.S. District Court for the District of Minnesota, request that this Court admit pro hac vice Dale F. Weigand, an attorney admitted to practice in the Northern District of Illinois, but not admitted to the bar of this court, who will be counsel for the (X)plaintiff ( )defendant Fireman's Fund in the case listed above. I am aware that the local rules of this court require that I participate in the presentation of the case listed above, and that I accept service of all papers served.

[signature] 132767 11/13/01
Signature MN Attorney License # Date

**Affidavit of Proposed Admittee**

I, DALE F. WEIGAND, am currently a member in good standing of the U.S. District Court for the NORTHERN District of ILL, but not admitted to the bar of this court. I understand that if this Court grants me admission pro hac vice, the movant bringing this motion must participate in the preparation and presentation of the matters listed above, and must accept service of all papers served.

DALE F. WEIGAND ______ 10-31-01
Type/Print Name Signature Date

Attorney License Number: 2960427

Law Firm Name & Address: ELLISON, NIELSEN, KNIBBS, ZEHE & ANTAS, P.C.

100 W. MONROE ST, 18th FLOOR

CHICAGO, IL 60603

Telephone: (312) 332-9900

Motion Granted: [signature]
For the Court: Richard D. Sletten, Clerk

NOV 15 2001
Date

Note: The original of this form and the Pro Hac Vice admission fee of $25 shall be filed with the Clerk of Court before you will be included in the roll of admitted attorneys and receive notices generated in the above-entitled action.