UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Fireman's Fund Insurance Company,

Plaintiff,

and

American Economy Insurance Company,

Plaintiff-Intervenor,

v.

Canon U.S.A., Inc.,

Defendant.

Civil File No.: 01-1954 DSD/~~JMM~~ JGL

Judge David S. Doty
Magistrate Judge ~~John M. Mason~~

~~PROPOSED~~ ORDER

---

The above matter came on for hearing before the Honorable Jonathan Lebedoff January 8, 2002, in Minneapolis, MN. pursuant to Plaintiff-Intervenor American Economy Insurance Company's Motion for Intervention.

Michael S. Rowley, Esq., Terhaar, Archibald, Pfefferle, & Griebel L.L.P., 300 First Avenue North, Suite 220, Minneapolis, Minnesota 55401, appeared on behalf of Plaintiff-Intervenor American Economy Insurance Company.

Patrick C. Hess, Esq. Ellison, Nielsen, Knibbs, Zehe & Antas, P.C., 100 W. Monroe Street, 18th Floor, Chicago, IL 60603, appeared on behalf of Plaintiff Fireman's Fund Insurance Company.

Creighton R. Magid, Esq., Dorsey & Whitney LLP, 220 South Sixth Street, Suite 1700, Minneapolis, MN 55402, appeared on behalf of Defendant Canon U.S.A., Inc.

FILED 1-8-01
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

Based upon the Pleadings, Notice of Motion, Motion, Supporting Memoranda of Law, Affidavits, Arguments of Counsel, and the Court being fully advised in the matter,

NOW, THEREFORE, IT IS HEREBY ORDERED:

1. Plaintiff-Intervenor American Economy Insurance Company's Motion for Intervention is GRANTED.
2. Plaintiff-Intervenor American Economy Insurance Company shall file its Summons and Complaint with this Court and then serve Canon.

Dated this 8 day of Jan, 2001.

BY THE COURT:

_______________________________
United States District Court Magistrate Judge

# Please forward this announcement to the recipient of this fax.

# The United States District Court, District of Minnesota announces two new programs!

**Expedited Trials** –The Court will begin offering parties an opportunity to participate in a program called Expedited Trials beginning July 2, 2001. This voluntary program offers an alternative to traditional case processing by allowing for a shorter time period from filing to disposition. Discovery and motion practice will be sharply limited as a means to reduce time and expense. Procedural rules are on the Court's website at www.mnd.uscourts.gov. If you would like additional information about the Expedited Trials Program, contact one of our clerk's offices at the phone numbers listed below.

**Courtroom Technology – Phase II** – In June 2001, the District of Minnesota began upgrading, installing, and enhancing the technology available to counsel in the courtroom. The project will continue through early fall and will ultimately upgrade all Article III Judge courtrooms in St. Paul and Minneapolis. To assist counsel with this transition, the District Court is offering a hands-on class, worth one hour of CLE credit at both courthouses. Classes will be held over the lunch hour. Course registration can be done by visiting www.mnd.uscourts.gov or by calling Kristine at 612-664-5125.

## For additional information on either program please visit our website at www.mnd.uscourts.gov.

700 Federal Building
316 North Robert Street
St. Paul, MN 55101
(651) 848-1100

202 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415
(612) 664-5000

417 U. S. Courthouse
515 West First Street
Duluth, MN 55802
(218) 529-3500