UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Fireman's Fund Insurance Company,

Plaintiff,

and

American International Recovery, Inc.,

Plaintiff - Intervenor

v.

Canon U.S.A., Inc.,

Defendant.

Civil File No.: 01-1954 DSD/~~JMM~~ JGL

Judge David S. Doty
Magistrate Judge Jonathan Lebedoff

~~PROPOSED~~ ORDER

---

The above matter came on for hearing before the Honorable Jonathon Lebedoff on January 8, 2002, in Suite 9E of the United States Courthouse in Minneapolis, Minnesota, pursuant to Plaintiff - Intervenor American International Recover, Inc.'s Motion for Intervention.

James Utley, Esq., Anderson Dove Fretland & Van Valkenburg, P.L.L.P., 5881 Cedar Lake Road, Minneapolis, Minnesota 55416, appeared on behalf of Plantiff-Intervenor American International Recover, Inc.

Plaintiff, Fireman's Fund Insurance Compay and Defendant Canon U.S.A., Inc. appeared with counsel.

Based upon the Pleadings, Notice of Motion, Motion, Supporting Memoranda of Law, Affidavits, Arguments of Counsel, and the Court being fully advised in the matter,

NOW, THEREFORE, IT IS HEREBY ORDERED:

FILED 1-8-01
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD ______
DEPUTY CLERK ______

1. Plaintiff-Intervenor American International Recover, Inc.'s Motion for Intervention is GRANTED.

2. Plaintiff-Intervenor American International Recovery, Inc. shall file its Summons and Complaint with this Court and then serve Canon U.S.A.

Dated this 8 day of Jan., 2002.

BY THE COURT:

United States District Court Magistrate Judge

**Please forward this announcement to the recipient of this fax.**

# The United States District Court, District of Minnesota announces two new programs!

**Expedited Trials** –The Court will begin offering parties an opportunity to participate in a program called Expedited Trials beginning July 2, 2001. This voluntary program offers an alternative to traditional case processing by allowing for a shorter time period from filing to disposition. Discovery and motion practice will be sharply limited as a means to reduce time and expense. Procedural rules are on the Court's website at www.mnd.uscourts.gov. If you would like additional information about the Expedited Trials Program, contact one of our clerk's offices at the phone numbers listed below.

**Courtroom Technology – Phase II** – In June 2001, the District of Minnesota began upgrading, installing, and enhancing the technology available to counsel in the courtroom. The project will continue through early fall and will ultimately upgrade all Article III Judge courtrooms in St. Paul and Minneapolis. To assist counsel with this transition, the District Court is offering a hands-on class, worth one hour of CLE credit at both courthouses. Classes will be held over the lunch hour. Course registration can be done by visiting www.mnd.uscourts.gov or by calling Kristine at 612-664-5125.

**For additional information on either program please visit our website at www.mnd.uscourts.gov.**

700 Federal Building
316 North Robert Street
St. Paul, MN 55101
(651) 848-1100

202 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415
(612) 664-5000

417 U. S. Courthouse
515 West First Street
Duluth, MN 55802
(218) 529-3500