**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

Fireman's Fund Insurance Company,

Plaintiff,

and,

Travelers Indemnity Company of America,

Plaintiff-Intervenor,

v.

Canon U. S. A., Inc.,

Defendant.

Civil File No.: 01-1954 DSD/J~~M~~M JGL

Judge David S. Doty
Magistrate Judge Jonathon Lebedoff

**~~PROPOSED~~ ORDER**

The above matter came on for hearing before Honorable Jonathon Lebedoff on January 8, 2002 in Suite 9E of the United States Courthouse, Minneapolis Building, pursuant to Plaintiff-Intervenor Travelers Indemnity Company of America's Motion for Intervention.

Kenneth B. Huber, Law Offices of John G. Ness, 6465 Wayzata Blvd., Suite 450, St. Louis Park, MN 55402, appeared on behalf of Plaintiff-Intervenor Travelers Indemnity Company of America.

Plaintiff, Fireman's Fund Insurance Company, and Defendant Canan U.S.A. appeared with counsel.

FILED 1-8-01
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

Based upon the Pleadings, Notice of Motion for Intervention and Memorandum in support thereof, Affidavits, Arguments of Counsel, and the Court being fully advised in the matter,

NOW, THEREFORE, IT IS HEREBY ORDERED AND DECREED:

1. Plaintiff-Intervenor Travelers Indemnity Company of America's Motion for Intervention is GRANTED.

2. Plaintiff-Intervenor Travelers Indemnity Company of America shall file its Summons and Complaint with this Court then serve Canon U.S.A.

Dated this 8 day of Jan., 2002.

BY THE COURT:

United States District Court Magistrate Judge

**Please forward this announcement to the recipient of this fax.**

# The United States District Court, District of Minnesota announces two new programs!

**Expedited Trials** –The Court will begin offering parties an opportunity to participate in a program called Expedited Trials beginning July 2, 2001. This voluntary program offers an alternative to traditional case processing by allowing for a shorter time period from filing to disposition. Discovery and motion practice will be sharply limited as a means to reduce time and expense. Procedural rules are on the Court's website at www.mnd.uscourts.gov. If you would like additional information about the Expedited Trials Program, contact one of our clerk's offices at the phone numbers listed below.

**Courtroom Technology – Phase II** – In June 2001, the District of Minnesota began upgrading, installing, and enhancing the technology available to counsel in the courtroom. The project will continue through early fall and will ultimately upgrade all Article III Judge courtrooms in St. Paul and Minneapolis. To assist counsel with this transition, the District Court is offering a hands-on class, worth one hour of CLE credit at both courthouses. Classes will be held over the lunch hour. Course registration can be done by visiting www.mnd.uscourts.gov or by calling Kristine at 612-664-5125.

**For additional information on either program please visit our website at www.mnd.uscourts.gov.**

700 Federal Building
316 North Robert Street
St. Paul, MN 55101
(651) 848-1100

202 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415
(612) 664-5000

417 U. S. Courthouse
515 West First Street
Duluth, MN 55802
(218) 529-3500