**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

Fireman's Fund Insurance Company,

Plaintiff,

and

American Economy Insurance Company,
Travelers Indemnity Company of America,
American International Recovery, Inc.,

Plaintiffs-Intervenors,

v.

Canon U.S.A., Inc.,

Defendant.

Civil File No.: 01-1954 DSD/~~JMM~~ JGL

Judge David S. Doty
Magistrate Judge Jonathan Lebedoff

**STIPULATION AND ORDER TO AMEND PRETRIAL ORDER AND ALLOW INTERVENTION**

---

All parties to this action desire to amend the Pretrial Order of February 4, 2002 to extend the deadline for filing motions seeking to add parties to October 1, 2002. The current deadline is May 1, 2002. In order to avoid the necessity of bringing a motion to affect this change, the interested parties have agreed to extend the deadline for filing motions seeking to add parties to October 1, 2002. In accordance with the above agreement, the parties, through their respective counsel, hereby stipulate and agree to extend the deadline for filing motions seeking to add parties to October 1, 2002.

All parties also desire to allow Home Video of Minneapolis ("Home Video") to intervene as a Plaintiff-Intervenor against Canon U.S.A., Inc. in this action. Home Video seeks recovery of uninsured losses that arose from the same incident that gave rise to the above-named action. In order to avoid the necessity of Home Video bringing a motion to intervene, the interested parties have agreed that Home Video may intervene as a Plaintiff-Intervenor in this action. In accordance with the above agreement, the parties, through their respective counsel, hereby

FILED 5-2-02
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

stipulate and agree that Home Video may intervene as a Plaintiff-Intervenor no later than June 15, 2002.

Dated: May 1, 2002

TERHAAR, ARCHIBALD, PFEFFERLE & GRIEBEL, LLP

Michael S. Rowley, #250934
300 First Avenue North, Suite 220
Minneapolis, MN 55401
(612) 573-3007

Attorneys for Plaintiff-Intervenor American Economy Insurance Company

Dated: May 1, 2002

DORSEY & WHITNEY LLP

Timothy E. Branson, #174713
Dean Eyler, #267491
50 South Sixth Street, Suite 1500
Minneapolis, MN 55402-1498
(612) 340-2600

Attorneys for Defendant Canon USA, Inc.

Dated: ________________, 2002

JOHN G. NESS & ASSOCIATES

______________________________

Kenneth B. Huber, #164355
6465 Wayzata Blvd., Suite 450
St. Louis Park, MN 55426
(952) 541-5500

Robert Cockerham, #2832
Brown & James PC
1010 Market St., 20th Floor
St. Louis, MO 63101

Attorneys for Travelers Indemnity Co. of America

Dated: ________________. 2002

ELLISON, NIELSEN, KNIBBS, ZEHE
& ANTAS, P.C.

______________________________

Patrick C. Hess, IL Bar #6207075
(*Pro Hac Vice*)
100 W. Monroe Street, 18th Floor
Chicago, IL 60603
(312) 322-9900

Brian N. Johnson, #132767
Halleland, Lewis, Nilan, Sipkins & Johnson, PA
220 South Sixth Street
Minneapolis, MN 55402-4501
(612) 338-1838

Attorneys for Fireman's Fund Insurance Company

Dated: ________________, 2002

ANDERSON, DOVE, FRETLAND
& VAN VALKENBURG

______________________________

Jason Hiveley, #311546
5881 Cedar Lake Road South
Minneapolis, MN 55416-1492

Attorneys for American International
Recovery, Inc.

**ORDER**

The above-captioned matter came before the Court pursuant to the parties' Stipulation to Amend the Pretrial Order and allow Home Video of Minneapolis to intervene in the above-entitled action. Based on all the files, records and proceedings herein,

**IT IS HEREBY ORDERED** that:

1. The Pretrial Order is amended to state the following: "All motions which seek to add any parties must be filed prior to October 1, 2002."

2. Home Video of Minneapolis may intervene in the above-entitled action as a Plaintiff-Intervenor no later than June 15, 2002.

BY THE COURT:

Dated: May 2, 2002.

Magistrate Jonathan Lebedoff