UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 01-1954(DSD/JGL)

Fireman's Fund Insurance Company

Plaintiff,

and

American Economy Insurance Company,
Travelers Indemnity Company of America,
American International Recovery, Inc.,
Home Video of Minneapolis, Inc.,

Plaintiff-Intervenors,

v. **ORDER**

Cannon U.S.A., Inc.,

Defendant.

This matter is before the court upon plaintiff's appeal of Chief Magistrate Judge Jonathan Lebedoff's August 20, 2002, order denying defendant's motion for a protective order precluding certain destructive testing. Based on a review of the record herein, the court finds that Chief Magistrate Judge Lebedoff's order is neither clearly erroneous nor contrary to law. 28 U.S.C. 636(b)(1)(A); Fed. R. Civ. P. 72(a); D. Minn. LR 72.1(b)(2).

Accordingly, **IT IS HEREBY ORDERED** that the order of the magistrate judge dated August 20, 2002, is affirmed in all respects.

Dated: September 23, 2002

David S. Doty, Judge
United States District Court

FILED
RICHARD D. SLETTEN, CLERK
Judgment Ent'd.
Deputy Clerk's Initials