UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No 01-1954(DSD/JGL)

COPY FOR YOUR INFORMATION

Fireman's Fund Insurance Company

Plaintiff,

and

**ORDER**

American Economy Insurance Company,
Travelers Indemnity Company of America,
American International Recovery, Inc.,
Home Video of Minneapolis, Inc.,

Plaintiff-Intervenors,

v.

Cannon U.S.A., Inc.,

Defendant.

This matter is before the court upon defendant's motion for leave to file a reply brief in support of its appeal from Magistrate Judge Lebedoff's August 21, 2002, order or, in the alternative, motion for oral argument. Because the court has issued its order on the appeal, defendant's motion is moot.

Accordingly, **IT IS HEREBY ORDERED** that defendant's motion for leave to file a reply brief or in the alternative for oral argument is denied.

Dated: September 27, 2002

David S. Doty, Judge
United States District Court

FILED SEP 27 2002
RICHARD D. SLETTEN, CLERK
Judgment Ent'd. ______
Deputy Clerk's Initials ______