UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Fireman's Fund Insurance Company,

Plaintiff,

and

No.: 01-CV-01954 DSD/JGL

American Economy Insurance Company,
American International Recovery, Inc.
Home Video of Minneapolis, Inc, and
Traveler's Indemnity Company of America,

**ORDER**

Plaintiff-Intervenors,

v.

Canon U.S.A., Inc.

Defendant.

---

This matter came before the undersigned Chief Magistrate Judge of District Court on the parties' stipulated amendment of the pre-trial schedule.

IT IS HEREBY ORDERED: The pre-trial schedule in the above-entitled matter is amended as follows:

1. Canon shall disclose all expert witnesses and reports by January 7, 2003;
2. All rebuttal expert witnesses shall be disclosed by February 14, 2003;
3. The discovery period closes March 17, 2003;
4. All non-dispositive motions must be filed prior to April 1, 2003;
5. Dispositive motions must be noticed, served and filed prior to May 1, 2003; and this case will be considered ready for trial as of June 1, 2003.

DATED: Dec. 4, 2002

JONATHAN LEBEDOFF
Chief United States Magistrate Judge

FILED 12-4-02
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Fireman's Fund Insurance Company,

Plaintiff,

and

American Economy Insurance Company,
American International Recovery, Inc.
Home Video of Minneapolis, Inc, and
Traveler's Indemnity Company of America,

Plaintiff-Intervenors,

v.

Canon U.S.A., Inc.

Defendant.

No.: 01-CV-01954 DSD/JGL

**STIPULATED AMENDMENT OF THE PRE-TRIAL SCHEDULE**

---

All parties to this action, by their respective counsel, stipulate to the entry of the enclosed order amending the pre-trial schedule but keeping the June 1, 2003, "ready for trial" date previously ordered by the Court.

Respectfully submitted,

FIREMAN'S FUND INSURANCE CO.

Patrick C. Hess, Esq.
ELLISON, NIELSEN, ZEHE & ANTAS, P.C.
100 West Monroe Street, 18th Floor
Chicago, IL 60603
(312) 322-9900
(312) 322-9977 fax

AMERICAN ECONOMY INSURANCE CO.
and HOME VIDEO OF MINNEAPOLIS, INC.

Michael S. Rowley, Esq.
TERHAAR, ARCHIBALD, PFEFFERLE
& GRIEBEL, LLP
300 First Avenue North, Suite 220
Minneapolis, MN 55401
(612) 573-3000
(612) 573-3030 (fax)

TRAVELERS INDEMNITY COMPANY

Brad Hansman, Esq.
BROWN & JAMES, P.C.
1010 Market Street, 20th Floor
St. Louis, MO 63101
(314) 421-3400
(314) 421-3128 (fax)

AMERICAN INTERNAL RECOVERY, INC.

Jason Hiveley, Esq.
ANDERSON DOVE FRETLAND
& VAN VALKENBURG
5881 Cedar Lake Road South
Minneapolis, MN 55416-1492
(952) 545-9000
(952) 545-1793 (fax)

CANON, U.S.A., INC.

Timothy E. Branson
DORSEY & WHITNEY, LLP
50 South Sixth Street, Suite 1500
Minneapolis, MN 55402-1498
(612) 340-2600
(612) 340-2868 (fax)

AMERICAN ECONOMY INSURANCE CO.
and HOME VIDEO OF MINNEAPOLIS, INC.

Michael S. Rowley, Esq.
TERHAAR, ARCHIBALD, PFEFFERLE
& GRIEBEL, LLP
300 First Avenue North, Suite 220
Minneapolis, MN 55401
(612) 573-3000
(612) 573-3030 (fax)

TRAVELERS INDEMNITY COMPANY

Brad Hansmann, Esq.
BROWN & JAMES, P.C.
1010 Market Street, 20th Floor
St. Louis, MO 63101
(314) 421-3400
(314) 421-3128 (fax)

AMERICAN INTERNAL RECOVERY, INC.

Jason Hiveley, Esq.
ANDERSON DOVE FRETLAND
& VAN VALKENBURG
5881 Cedar Lake Road South
Minneapolis, MN 55416-1492
(952) 545-9000
(952) 545-1793 (fax)

CANON, U.S.A., INC.

Timothy E. Branson
DORSEY & WHITNEY, LLP
50 South Sixth Street, Suite 1500
Minneapolis, MN 55402-1498
(612) 340-2600
(612) 340-2868 (fax)

AMERICAN ECONOMY INSURANCE CO.
and HOME VIDEO OF MINNEAPOLIS, INC.

______________________________

Michael S. Rowley, Esq.
TERHAAR, ARCHIBALD, PFEFFERLE
& GRIEBEL, LLP
300 First Avenue North, Suite 220
Minneapolis, MN 55401
(612) 573-3000
(612) 573-3030 (fax)

TRAVELERS INDEMNITY COMPANY

______________________________

Brad Hansman, Esq.
BROWN & JAMES, P.C.
1010 Market Street, 20th Floor
St. Louis, MO 63101
(314) 421-3400
(314) 421-3128 (fax)

AMERICAN INTERNAL RECOVERY, INC.

______________________________

Jason Hivelcy, Esq.
ANDERSON DOVE FRETLAND
& VAN VALKENBURG
5881 Cedar Lake Road South
Minneapolis, MN 55416-1492
(952) 545-9000
(952) 545-1793 (fax)

CANON, U.S.A., INC.

______________________________

Timothy E. Branson
DORSEY & WHITNEY, LLP
50 South Sixth Street, Suite 1500
Minneapolis, MN 55402-1498
(612) 340-2600
(612) 340-2868 (fax)

AMERICAN ECONOMY INSURANCE CO.
and HOME VIDEO OF MINNEAPOLIS, INC.

Michael S. Rowley, Esq.
TERHAAR, ARCHIBALD, PFEFFERLE
& GRIEBEL, LLP
300 First Avenue North, Suite 220
Minneapolis, MN 55401
(612) 573-3000
(612) 573-3030 (fax)

TRAVELERS INDEMNITY COMPANY

Brad Hansman, Esq.
BROWN & JAMES, P.C.
1010 Market Street, 20th Floor
St. Louis, MO 63101
(314) 421-3400
(314) 421-3128 (fax)

AMERICAN INTERNAL RECOVERY, INC.

Jason Hiveley, Esq.
ANDERSON DOVE FRETLAND
& VAN VALKENBURG
5881 Cedar Lake Road South
Minneapolis, MN 55416-1492
(952) 545-9000
(952) 545-1793 (fax)

CANON, U.S.A., INC.

Timothy E. Branson
DORSEY & WHITNEY, LLP
50 South Sixth Street, Suite 1500
Minneapolis, MN 55402-1498
(612) 340-2600
(612) 340-2868 (fax)