UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Fireman's Fund Insurance Company,

Plaintiff,

and

American Economy Insurance Company, Travelers Indemnity Company of America, American International Recovery, Inc., Home Video of Minneapolis, Inc.,

Plaintiff-Intervenors,

v.

Canon U.S.A., Inc.,

Defendant.

Civil File No. 01-1954 DSD/JGL

**STIPULATION AND ORDER TO MODIFY SCHEDULING ORDER**

WHEREAS, defendant Canon U.S.A., Inc. requested additional time for its experts to respond to testing done by plaintiffs' experts; and

WHEREAS, all parties to this action desire to amend the Scheduling Order which was previously amended by Order dated December 4, 2002, to extend certain discovery deadlines, but in a way that keeps the June 1, 2003, ready for trial date previously ordered by the Court.

NOW, THEREFORE, in order to avoid the necessity of bringing a motion to affect this change, the interested parties have stipulated to extend the deadlines as follows:

FILED 1-7-03
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

1. Canon shall disclose its expert witnesses and reports by January 28, 2003;

2. All rebuttal reports shall be disclosed by March 8, 2003; and

3. The discovery period shall close on April 1, 2003.

In accordance with the above agreement, the parties, through their respective counsel, hereby stipulate and agree to extend the deadlines accordingly.

Dated: 1/6/03

TERHAAR, ARCHIBALD, PFEFFERLE & GRIEBEL, LLP

By Michael Rowley /DCE
Michael S. Rowley (#250934)
300 First Avenue North, Suite 220
Minneapolis, MN 55401
Telephone: (612) 573-3007

Attorneys for Plaintiff-Intervenor American Economy Insurance Company

Dated: 1/6/03

BROWN & JAMES PC

By Brad Hansman /DCE
Robert Cockerham (#2832)
Brad Hansman (#53160)
1010 Market Street, 20th Floor
St. Louis, MO 63101
Telephone: (314) 421-3400

Attorneys for Travelers Indemnity Co. of America

Dated: 1/6/03

ELLISON, NIELSEN KNIBBS, ZEHE
& ANTAS, P.C.

By Patrick Hess / DRE
Patrick C.Hess, IL Bar #6207075
100 W. Monroe Street, 18th Floor
Chicago, IL 60603
Telephone: (312) 322-9900

Brian N. Johnson, (#132767)
Halleland, Lewis, Nilan, Sipkins
& Johnson, PA
220 South Sixth Street
Minneapolis, MN 55402-4501
Telephone: (612) 338-1838

Attorneys for Fireman's Fund
Insurance Company

Dated: 1/6/03

ANDERSON, DOVE, FRETLAND
& VAN VALKENBURG

By Jason Hiveley / DRE
Jason Hiveley (#311546)
5881 Cedar Lake Road South
Minneapolis, MN 55416-1492
Telephone: (952) 545-9000

Attorneys for American International
Recovery, Inc.

Dated: 1/6/03

DORSEY & WHITNEY LLP

By [signature]
Timothy E. Branson (#174713)
Dean C. Eyler (#267491)
Suite 1500, 50 South Sixth Street
Minneapolis, MN 55402-1498
Telephone: (612) 340-2600

Attorneys for Defendant Canon U.S.A., Inc.

IT IS SO ORDERED:

Dated: Jan. 7, 2003.

[signature]
The Honorable Jonathan Lebedoff
United States Magistrate Judge