**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

**FIREMAN'S FUND INSURANCE COMPANY,**

Plaintiff,

and

**THE TRAVELERS INDEMNITY COMPANY, AMERICAN ECONOMY INSURANCE COMPANY, AMERICAN INTERNATIONAL RECOVERY, INC., and HOME VIDEO OF MINNEAPOLIS, INC.,**

Plaintiff-Intervenors,

v.

**CANON U.S.A., INC.,**

Defendant.

---

Civil No. 01-1954 (DSD/JGL)

**O R D E R**

APPEARANCES

Michael Rowley, Esq., for Plaintiff-Intervenor American Economy Insurance Company

Timothy E. Branson, Esq., for Defendant Canon U.S.A., Inc.

---

JONATHAN LEBEDOFF, Chief United States Magistrate Judge

The above-entitled matter came on for hearing before the undersigned Chief Magistrate Judge of District Court on March 25, 2003, on Plaintiff-Intervenor American Economy Insurance Company's Motion to Compel Discovery (Doc. No. 73). The case has been referred to the undersigned for

FILED MAR 2 5 2003
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

resolution of pretrial matters pursuant to 28 U.S.C. § 636 and D. Minn. LR 72.1.

Plaintiff-Intervenor moves the Court to compel Defendant Canon USA, Inc. to disclose information and documents relating to design changes to various components of the copy machine at issue in this litigation. Defendant Canon USA, Inc. objects to the discovery as being untimely, outside the scope of its control, and not properly the subject of a motion to compel as it was not sought in ordinary discovery.

This Court finds that the parties have had ample time to pursue discovery and that the discovery sought by Plaintiff-Intervenor is in fact untimely and would likely cause unnecessary delays in this litigation. Moreover, the Court is not convinced that the discovery sought is within Defendant Canon USA, Inc.'s possession and control. Accordingly, the motion is denied.

Based upon all the files, records, and proceedings herein, **IT IS HEREBY ORDERED** that Plaintiff-Intervenor American Economy Insurance Company's Motion to Compel Discovery (Doc. No. 73) is **DENIED.**

Dated: March 25, 2003

JONATHAN LEBEDOFF
Chief United States Magistrate Judge