UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Fireman's Fund Insurance Company,

Plaintiff,

and

No.: 01-CV-01954 DSD/JGL

American Economy Insurance Company,
American International Recovery, Inc.
Home Video of Minneapolis, Inc, and
Traveler's Indemnity Company of America,

**ORDER**

Plaintiff-Intervenors,

v.

Canon U.S.A., Inc.

Defendant.

---

This matter came before the undersigned Chief Magistrate Judge of District Court on the parties' stipulated amendment of the pre-trial schedule.

IT IS HEREBY ORDERED: The pre-trial schedule in the above-entitled matter is amended as follows:

1. Dispositive motions must be noticed, served and filed prior to May 22, 2003; and this case will be considered ready for trial as of June 1, 2003.

DATED: April 28, 2003

JONATHAN LEBEDOFF
Chief United States Magistrate Judge

FILED 4-28-03
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD. ________
DEPUTY CLERK ________