UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Fireman's Fund Insurance Company,

Plaintiff,

and

American Economy Insurance Company, Travelers Indemnity Company of America, American International Recovery, Inc., Home Video of Minneapolis, Inc.,

Plaintiff-Intervenors,

v.

Canon U.S.A., Inc.,

Defendant.

Civil File No. 01-1954 DSD/JGL

Judge David S. Doty
Magistrate Judge Jonathan Lebedoff

**STIPULATION AND ORDER**

The parties hereto, by and through their counsel, hereby stipulate as follows:

1. Due to the delay in Defendant receiving one of three briefs by Plaintiffs in opposition to Defendant's Motion for Summary Judgment, the dispositive motion filing deadline should be extended from May 22, 2003 until May 27, 2003, with the trial-ready date to remain June 1, 2003.

2. In response to Canon U.S.A.'s Motion for Summary Judgment and 25-page opening Memorandum, Fireman's Fund Insurance Company, American Economy Insurance Company/Home Video and Travelers Indemnity Company of America have collectively served briefs totaling approximately 74 pages. In order

MAY 21 2003
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENT'D
DEPUTY CLERK

to reply to that opposition, Canon U.S.A. should be granted an additional 5-pages, thereby allowing Canon U.S.A. a total of 40 pages of briefing in support of its Motion for Summary Judgment.

Dated: May 19, 2003

TERHAAR, ARCHIBALD, PFEFFERLE
& GRIEBEL, LLP

By [signature]
Michael S. Rowley (#250934)
300 First Avenue North, Suite 220
Minneapolis, MN 55401
Telephone: (612) 573-3007

Attorneys for Plaintiff-Intervenor American Economy Insurance Company

Dated: May 20, 2003

BROWN & JAMES PC

By Brad Hansman (CTEB)
Robert Cockerham
Bradley Hansman
Brown & James PC
1010 Market Street, 20th Floor
St. Louis, MO 63101
Telephone: (314) 421-3400

Kenneth Huber (#164355)
John G. Ness & Associates
6465 Wayzata Blvd., Suite 450
St. Louis Park, MN 55426
Telephone: (952) 541-5500

Attorneys for Travelers Indemnity Co. of America

Dated: ______________________

ELLISON, NIELSEN KNIBBS, ZEHE & ANTAS, P.C.

By ______________________________
Patrick C.Hess, IL Bar #6207075
*(Pro Hac Vice)*
100 W. Monroe Street, 18th Floor
Chicago, IL 60603
Telephone: (312) 322-9900

Brian N. Johnson, (#132767)
Halleland, Lewis, Nilan, Sipkins & Johnson, PA
220 South Sixth Street
Minneapolis, MN 55402-4501
Telephone: (612) 338-1838

Attorneys for Fireman's Fund Insurance Company

Dated: ______________________

BROWN & JAMES PC

By ______________________
Robert Cockerham
Bradley Hansman
Brown & James PC
1010 Market Street, 20th Floor
St. Louis, MO 63101
Telephone: (314) 421-3400

Kenneth Huber (#164355)
John G. Ness & Associates
6465 Wayzata Blvd., Suite 450
St. Louis Park, MN 55426
Telephone: (952) 541-5500

Attorneys for Travelers Indemnity Co. of America

Dated: 5/19/03

ELLISON, NIELSEN KNIBBS, ZEHE & ANTAS, P.C.

By ______________________
Patrick C.Hess, IL Bar #6207075
*(Pro Hac Vice)*
100 W. Monroe Street, 18th Floor
Chicago, IL 60603
Telephone: (312) 322-9900

Brian N. Johnson, (#132767)
Halleland, Lewis, Nilan, Sipkins & Johnson, PA
220 South Sixth Street
Minneapolis, MN 55402-4501
Telephone: (612) 338-1838

Attorneys for Fireman's Fund Insurance Company

Dated: May 20, 2003

ANDERSON, DOVE, FRETLAND & VAN VALKENBURG

By [signature] (for J.H.) #96623
Jason Hiveley (#311546)
5881 Cedar Lake Road South
Minneapolis, MN 55416-1492
Telephone: (952) 545-9000

Attorneys for American International Recovery, Inc.

Dated: ____________________

DORSEY & WHITNEY LLP

By ____________________
Timothy E. Branson (#174713)
Dean C. Eyler (#267491)
Suite 1500, 50 South Sixth Street
Minneapolis, MN 55402-1498
Telephone: (612) 340-2600

Attorneys for Defendant Canon U.S.A., Inc.

Based on the foregoing Stipulation of the parties, IT IS HEREBY ORDERED that: (1) the dispositive motion deadline shall be extended so such motions are filed on or before May 27, 2003, with the trial-ready date to remain June 1, 2003; and (2) Defendant Canon U.S.A. shall be allowed a total of 40 pages in briefing in support of its Motion for Summary Judgment.

Dated: ____________________

IT IS SO ORDERED:

____________________
JONATHAN LEBEDOFF
UNITED STATES MAGISTRATE JUDGE

Dated: ______________________

ANDERSON, DOVE, FRETLAND
& VAN VALKENBURG

By ______________________
Jason Hiveley (#311546)
5881 Cedar Lake Road South
Minneapolis, MN 55416-1492
Telephone: (952) 545-9000

Attorneys for American International Recovery, Inc.

Dated: May 20, 2003

DORSEY & WHITNEY LLP

By ______________________
Timothy E. Branson (#174713)
Dean C. Eyler (#267491)
Suite 1500, 50 South Sixth Street
Minneapolis, MN 55402-1498
Telephone: (612) 340-2600

Attorneys for Defendant Canon U.S.A., Inc.

Based on the foregoing Stipulation of the parties, IT IS HEREBY ORDERED that: (1) the dispositive motion deadline shall be extended so such motions are filed on or before May 27, 2003, with the trial-ready date to remain June 1, 2003; and (2) Defendant Canon U.S.A. shall be allowed a total of 40 pages in briefing in support of its Motion for Summary Judgment.

Dated: May 21, 2003

IT IS SO ORDERED:

______________________
JONATHAN LEBEDOFF
UNITED STATES MAGISTRATE JUDGE