AO450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## District of Minnesota

Fireman's Fund Insurance Company,
Plaintiff

Travelers Indemnity Company of America, American Economy Insurance Company, American International Recovery, and Home Video of Minneapolis, Inc.
Plaintiff-Intervenors

V.

Canon U.S.A., Inc.

## JUDGMENT IN A CIVIL CASE

Case Number: 01-1954 (DSD/JGL)

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:
Defendant's motion for summary judgment is granted.

October 15, 2003
Date

RICHARD D. SLETTEN, CLERK

Heather Labat
(By) Heather Labat, Deputy Clerk

104