UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Fireman's Fund Insurance Company, etal., Plaintiffs, v. Canon U.S.A., Inc. Defendant. | Civil File No.: 01-1954 DSD/JGL<br>Judge David S. Doty<br>Magistrate Judge Jonathon Lebedoff<br>**NOTICE OF APPEAL** |

**NOTICE OF APPEAL TO THE UNITED STATES COURT**
**<u>OF APPEALS FOR THE EIGHTH CIRCUIT</u>**

Travelers Indemnity Company of America, the Plaintiff-Intervenor, appeals to the United States Court of Appeals for the Eighth Circuit from the final judgment of the United States District Court for the District of Minnesota, entered in this case on October 15, 2003, which entered judgment in Canon USA's favor and against Travelers Indemnity Company of America, American Economy Insurance Company, American International Recovery, Home Video of Minneapolis and Fireman's Fund Insurance Company's Complaints.

The parties to the Order and Judgment appealed from and the names and addresses of their respective attorneys are as follows:

1. Travelers Indemnity Company of America — Plaintiff-Intervenor/Appellant

Counsel

Kenneth B. Huber, Esq.
Ness & Associates
6465 Wayzata Boulevard
Suite 450
Minneapolis, MN 55426

NOV 1 4 2003
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTERED
DEPUTY CLERK'S INTIALS

105

Counsel:

Robert W. Cockerham, Esq.
Bradley R. Hansmann, Esq.
Brown & James, P.C.
1010 Market Street
20th Floor
St. Louis, MO 63101

| | | |
|---|---|---|
| 2. | Fireman's Fund Insurance Company | Plaintiff |

Counsel:

Brian N. Johnson, Esq.
Halleland, Lewis, Nilan, Sipkins, & Johnson
220 Sixth Street South
Suite 600
Minneapolis, MN 55402

Counsel:

Patrick Hess, Esq.
Dale F. Weigand, Esq.
Ellison, Nielsen, Knibbs, Zehe & Antas
100 Monroe Street West
18th Floor
Chicago, IL 60603

| | | |
|---|---|---|
| 3. | American Economy Insurance Company | Plaintiff-Intervenor |

Counsel:

Michael Rowley, Esq.
Terhaar, Archibald, Pfefferle & Briebel
300 First Avenue North
Suite 220
Minneapolis, MN 55401

| | | |
|---|---|---|
| 4. | American Economy Insurance Company | Plaintiff-Intervenor |

Counsel:

Jason Hiveley, Esq.
Anderson Dove Fretland & Van Valkenburg

5881 Cedar Lake Road South
Minneapolis, MN 55416-1492

5. Home Video of Minneapolis, Inc. — Plaintiff-Intervenor

Counsel:
Michael Rowley, Esq.
Terhaar, Archibald, Pfefferle & Briebel
300 First Avenue North
Suite 220
Minneapolis, MN 55401

6. Canon USA — Defendant-Appellee

Counsel:

David Trevor, Esq.
Timothy Branson, Esq.
Dorsey & Whitney
50 Sixth Street South
Suite 1500
Minneapolis, MN 55402

Counsel:

Dean Eyler, Esq.
Gray, Plant, Mooty, Mooty & Bennett
3400 City Center,
33 South Sixth Street
Minneapolis, MN 55402
Counsel for Canon USA

Dated: November 13, 2003

Signed: [signature]
Robert W. Cockerham Fed. No. 2832
Brown & James, P.C.
1010 Market Street, 20th Floor
Saint Louis, Missouri 63101-2000
(314) 421-3400
(314) 421-3128 (facsimile)
Attorneys for Appellant
Travelers Indemnity Company of America

## CERTIFICATE OF SERVICE

The undersigned certifies that on November 13, 2003, a true and accurate copy of Travelers Indemnity Company of America's Notice of Appeal, a true and accurate copy of Appeal Form A, and a blank Appeal Form B were mailed first class, postage prepaid, to:

Brian N. Johnson, Esq.
Halleland, Lewis, Nilan, Sipkins, & Johnson
220 Sixth Street South
Suite 600
Minneapolis, MN 55402
And,
Patrick Hess, Esq.
Dale F. Weigand, Esq.
Ellison, Nielsen, Knibbs, Zehe & Antas
100 Monroe Street West
18th Floor
Chicago, IL 60603
Attorneys for Fireman's Fund

Michael Rowley, Esq.
Terhaar, Archibald, Pfefferle & Briebel
300 First Avenue North
Suite 220
Minneapolis, MN 55401
Attorney for American Economy Insurance Co. and
Home Video of Minneapolis

Jason Hiveley, Esq.
Anderson Dove Fretland & Van Valkenburg
5881 Cedar Lake Road South
Minneapolis, MN 55416-1492
Attorney for American International Recovery

And

David Trevor, Esq.
Timothy Branson, Esq.
Dorsey & Whitney
50 Sixth Street South
Suite 1500
Minneapolis, MN 55402
And
Dean Eyler, Esq.
Gray, Plant, Mooty, Mooty & Bennett

3400 City Center,
33 South Sixth Street
Minneapolis, MN 55402
Counsel for Canon USA

Robert W. Cockerham Fed No. 2832

U. S. COURT OF APPEALS -EIGHTH CIRCUIT Appeal Docket No.

APPELLANT'S FORM A

Appeal Information Form

To be filed with the Notice of Appeal

**Make 3 copies of completed form**

STYLE OF CASE

Travelers Indemnity Company Appellant/Apellee

vs

Canon USA

Appellant/Apellee

COUNSEL: NAME, ADDRESS, AND TELEPHONE NUMBER

Robert W. Cockerham, Brown & James, P.C., 1010 Market Street, 20th Floor St. Louis, MO 63101, 314-421-3400

COUNSEL: NAME, ADDRESS, AND TELEPHONE NUMBER

Timothy Branson, Dorsey & Whitney, 50 Sixth Street South, Suite 1500, Minneapolis, MN 55402, 612-340-2600

LIST ISSUES ON APPEAL (For administrative purposes). You may indicate that this also serves as your statement of issues under FRAP 10(b) (3).

☐ Yes ☑ No

District Court's granting Defendant Canon USA's motion for summary judgment.

FOR LEAD COUNSEL ONLY

I ☑ have ☐ have not discussed settlement possibilities on appeal with my client.

This appeal ☑ is (☐is not) amenable to settlement.

Submitted by [signature] 11-13-03

Signature of lead counsel Date

INSTRUCTIONS:

Filing of appellant's Form A is required to be submitted to the Clerk of the District Court with the Notice of Appeal (8 Cir. Rule 3B).

If inadvertently omitted, appellant may file Form A directly with the Clerk of the Court of Appeals before appeal is docketed.

Forms are available at the District Court Clerk's Office and may also be obtained electronically at: www.ca8.uscourts.gov

Copy I - Send to Appellee (together with an uncompleted Form B)

Copies 2 & 3 - Send to Clerk, District Court with Notice of Appeal or Eighth Circuit (see above)

Copy 4 - Retain

# UNITED STATES DISTRICT COURT
## District of Minnesota

202 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415
(612) 664-5000

Richard D. Sletten, Clerk

700 Federal Building
316 North Robert Street
St Paul, MN 55101
(651) 848-1100

417 Federal Building
515 West. First Street
Duluth, MN 55802
(218) 529-3500

## TRANSMITTAL OF APPEAL

**Date:** November 18, 2003
**To:** U.S. COURT OF APPEALS, 8TH CIRCUIT
**From:** Heather Labat, Deputy Clerk

**In Re:** District Court Case No.: Civil 01-1954 DSD/JGL
Eighth Circuit Case No.:
Case Title: Fireman's Fund Ins v Cannon U.S.A., Inc.

---

Enclosed, please find two certified and one uncertified copy of each of the following documents:

- ☒ Notice of Appeal
- ☒ Order/Judgement appealed from
- ☒ Docket Entries
- ☒ Other:
  - ☒ The statutory filing fee has been paid, receipt # 700-429655.
  - ☐ The statutory filing fee has been waived:
    - ☐ USA filed appeal
    - ☐ In Forma Pauperis: ☐ Motion Pending ☐ Pro Se ☐ Prisoner

cc: Counsel; Court Reporter

---

## TRANSMITTAL INFORMATION SHEET

TRANSMITTED HEREWITH:

- ☐ Original File(s), consisting of file(s).
- ☐ Two certified copies, and one uncertified copy of updated docket sheet from .
- ☐ Designated Clerk's Record # .
- ☐ Other:
- ☐ Transcript(s): (Listed below or on attached list)

| **Volume** | **Date** | **Proceeding** |
|---|---|---|

---

ACKNOWLEDGEMENT OF RECEIPT OF DOCUMENTS

Date Received: ____________ Received by: ____________________

Date Returned to USDC: ____________________

For Immediate Release
October 30, 2003

# PRESS RELEASE

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
300 South Fourth Street, Suite 202, Minneapolis, Minnesota
Contact: Richard D. Sletten, Clerk, (612) 664-5026

## FEDERAL COURT AMENDS LOCAL PRACTICE RULES

The U.S. District Court for the District of Minnesota announces the approval, of amendments to its local rules of practice recommended by the Court's Federal Practice Committee chaired by Minneapolis Attorney Jeff Keyes of the Briggs and Morgan law firm.

Local Rules 67.1 and 83.11 amendments:

### LR 67.1 MONEY PAID INTO COURT

Unless otherwise ordered by the Court, all monies coming into the registry of this Court shall be deposited in an interest bearing account in a depository approved by the Treasurer of the United States, subject to withdrawl by checks drawn by the Clerk of Court pursuant to orders of the Court. The Clerk of Court shall deduct from the income earned on the investment a registry fee, as set by the Director of the Administrative Office of the United States Courts. The fee will be deducted when funds are withdrawn and distributed. For further registry fee information, refer to the Guide to Judiciary Policy and Procedures Chapter VII, Financial Management, Part I, Registry Funds.

### LR 83.11 DIVISIONS, OFFICES OF THE CLERK, CALENDARS

(a) Divisions. The State of Minnesota constitutes one judicial district, divided into six divisions. Cases in this District are assigned to particular divisions and particular judges pursuant to the Order for Assignment of Cases that has been adopted by the Judges of the District Court. The Order for Assignment of Cases may be modified from time to time as the District Court Judges see fit.

(b) Offices of the Clerk. The Clerk of Court maintains offices in St. Paul, Minneapolis, and Duluth. The St. Paul, Minneapolis and Duluth offices are open from 8:00 a.m. to 5:00 p.m. All offices are open Monday through Friday, with the following exceptions: New Year's Day; Martin Luther King, Jr.'s Birthday; President's Day; Memorial Day; Independence Day; Labor Day; Columbus Day; Veterans Day; Thanksgiving Day; and Christmas Day.

The files for matters pending before the Court are maintained in the office in the division to which the case is assigned. However, papers relative to any case may be filed in any office.

(c) Calendars. The Court operates on an individual calendar system. Judges in active service are assigned and assume responsibility for their proportionate share of the total cases filed in the district. Inquiries as to motions, probable trial date, or other matters having to do with a particular case may be addressed to the deputy clerk serving as calendar clerk for the Judge to whom the case has been assigned.