# UNITED STATES COURT OF APPEALS

## FOR THE EIGHTH CIRCUIT

No. 03-3836

| | | |
|---|---|---|
| Fireman's Fund Insurance Company,<br><br>Plaintiff,<br><br>Travelers Indemnity Company of America,<br><br>Appellant,<br><br>American Economy Insurance Company; American International Recovery; Home Video of Minneapolis, Inc.,<br><br>Intervenors Below,<br><br>v.<br><br>Canon U.S.A., Inc.,<br><br>Appellee. | * | Appeal from the United States District Court for the District of Minnesota. |

**JUDGMENT**

This appeal from the United States District Court was submitted on the record of the district court, briefs of the parties and was argued by counsel.

After consideration, it is hereby ordered and adjudged that the judgment of the district court in this cause is affirmed in accordance with the opinion of this Court.

(5172-010199)

January 12, 2005

SCANNED
FEB 9 2005
U.S. DISTRICT COURT MPLS

Order Entered in Accordance with Opinion:

Michael E. Gans

Clerk, U.S. Court of Appeals, Eighth Circuit.

A TRUE COPY OF THE ORIGINAL
MICHAEL E. GANS, CLERK
UNITED STATES COURT OF APPEALS
FOR THE EIGHTH CIRCUIT
BY: Michael E. Gans

**UNITED STATES COURT OF APPEALS**
**FOR THE EIGHTH CIRCUIT**

THOMAS F. EAGLETON COURT HOUSE
ROOM 24.329
111 S. 10TH STREET
ST. LOUIS, MISSOURI 63102

MICHAEL E. GANS
Clerk of Court

VOICE (314) 244-2400
FAX (314) 244-2780
www.ca8.uscourts.gov

February 4, 2005

Mr. Richard Sletten
Clerk
U.S. DISTRICT COURT, MINNESOTA
202 U.S. Courthouse
300 S. Fourth Street
Minneapolis, MN 55415

Re: 03-3836 Travelers Indemnity vs. Canon U.S.A., Inc.

Dear Clerk:

The mandate of this Court is being sent to the clerk of the district court, together with a receipt. The clerk of the district court is requested to sign, date, and return the receipt to this office.

Any district court records in this court's possession will be returned shortly.

(5175-010199)

Sincerely,

Michael E. Gans
Clerk of Court

mer

Enclosure

RECEIVED
BY U.S. MAIL
2005 FEB -9 AM 9:21
CLERK, U.S. DIST COURT
MINNEAPOLIS, MN

(LETTER FOR INFORMATIONAL PURPOSES ONLY)
---------------------------------------

cc: Honorable David S. Doty
Brian N. Johnson
Robert William Cockerham
T. Michael Ward
Kenneth B. Huber
Michael Rowley
Jason Michael Hiveley
David Youngert Trevor
Timothy E. Branson
Dean Conrad Eyler

District Court/Agency Case Number(s): CIV 01-1954 DSD/JGL